Sima G. Aghai, SBN 156354
LAW OFFICES OF SIMA G. AGHAI
7827 Westminster Boulevard
Westminster, CA 92683
(714) 901-1222
(714) 901-1220 (F)
simaaghai@msn.com

Attorney for Plaintiff CORY FLANNERY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY FLANNERY,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant | CASE NO. 8:19-cv-2310 CAS (PVC)<br><br>[PROPOSED] ORDER FOR AWARD OF EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Pursuant to the Stipulation of the parties, Plaintiff's Affidavit and Assignment of EAJA Fees and Costs, and all the files, records and proceedings in this matter, it is hereby

**ORDERED** that Plaintiff is awarded attorney fees in the total amount of $4,900 as authorized by 28 U.S.C. § 2412.

Dated: May 26, 2021

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE